IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ADRIAN MATTHEW SPRATT,
ADC #659950                                                                                          PLAINTIFF

V.                              CASE NO. 2:20-CV-80-JM-BD

PATRICIA SNYDER                                                                                    DEFENDANT

## ORDER

The Court has received a Recommendation for the dismissal of Mr. Spratt's claims filed by Magistrate Judge Beth Deere. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

Defendant Snyder's motion for summary judgment (Doc. No. 26) is GRANTED. Mr. Spratt's claims are DISMISSED, with prejudice.

IT IS SO ORDERED this 23rd day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE