IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ADRIAN MATTHEW SPRATT,
ADC #659950                                                                                            PLAINTIFF

V.                           CASE NO. 2:20-CV-80-JM-BD

PATRICIA SNYDER                                                                                        DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 23rd day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE